UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  Case No.: 16-25529-JNP
Chapter: vchChapter
Charles E. Anisi and Carol L. Anisi  Judge: Jerrold N. Poslusny Jr.

### NOTICE OF PROPOSED ABANDONMENT

DOUGLAS S. STANGER, Trustee, in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:

Clerk, US Bankruptcy court
401 Market Street
Camden, NJ 08102

If an objection is filed, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on November 8, 2016 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 4C. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of no Objection.

Description and value of property:

$160,000.00  615 Autumn Crest Drive  Waterford Works, NJ  08089

Liens on property:

$139,499.00  Rushmore Loan Management Services

Amount of Equity claimed as exempt:

$20,560.00

Objections must be served on, and requests for additional information directed to:

Name:          Douglas S. Stanger

Address:       646 Ocean Heights Avenue, Suite 103, Linwood, NJ 08221

Telephone No.  (609) 645-1881

Case 16-25529-JNP    Doc 9    Filed 10/05/16    Entered 10/06/16 02:09:37    Desc Imaged
Certificate of Notice    Page 2 of 6

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-25529-JNP
Charles E. Anisi                                                          Chapter 7
Carol L. Anisi
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin              Page 1 of 4           Date Rcvd: Oct 03, 2016
                            Form ID: pdf905         Total Noticed: 99

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 05, 2016.
```
db/jdb         +Charles E. Anisi,    Carol L. Anisi,    615 Autumn Crest Drive,    Waterford Works, NJ 08089-2105
516338005      +AMCA/Amer Medical Collection Agency,    2269 S Saw Mill,    Elmsford, NY 10523-3832
516338006      +AMCA/Amer Medical Collection Agency,    4 Westchester Plaza,    Suite 110,
                 Elmsford, NY 10523-1615
516338007      +AMI AtlantiCare,    P.O. Box 964,    Indianapolis, IN 46206-0964
516338009      +ARS National Serv,    Re: Cap One,    P.O. Box 469046,    Escondido, CA 92046-9046
516338008       Aria Orthopaedics,    P.O. Box 8500-1672,    Philadelphia, PA 19178-1672
516338013      +AtlanticCare Regional Med Ctr,    P.O. Box 786361,    Philadelphia, PA 19178-6361
516338012       Atlanticare Urgent Care Physicians,    P.O. Box 15736,    Loves Park, IL 61132-5736
516338014      +Attorney General of the U.S.,    Dept. of Justice,    RE: Internal Revenue Service,
                 Constitution Ave & 10th Street NW,    Washington, DC 20530-0001
516338015      +Bank Of America,    Correspondence FL-1-908-01-49,    Po Box 31785,    Tampa, FL 33631-3785
516338016      +Bank Of America, N.A.,    Cust Serv Corres Unit CA6-919-02-41,    P.O. Box 5170,
                 Simi Valley, CA 93062-5170
516338017      +Barclays Bank Delaware,    P.o. Box 8803,    Wilmington, DE 19899-8803
516338018      +Batastini Orthodontics,    69 Haddonfield-Berlin Rd,    Cherry Hill, NJ 08034-3572
516338020      +Bonel Medical Equipment,    4817 N. Broad Street,    Philadelphia, PA 19141-2107
516338021      +Bridgecrest Credit,    7300 E. Hampton Ave,    Mesa, AZ 85209-3324
516338022     #+C&H Collection Services,    1 Federal St., N-100,    Camden, NJ 08103-1091
516338027     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,     15000 Capital One Dr,    Richmond, VA 23238)
516338026      +Capital One,    Po Box 30281,    Salt Lake City, UT 84130-0281
516338030       Capital One,    Po Box 30285,    Po Box 62180,    Salt Lake City, UT 84130
516338034       Cavalry SPV I, Assignee of  HSBC/Cap One,    c/o Northland Group,    P.O. Box 5390846,
                 Minneapolis, MN 55439
516338036       Chase Auto Finance,    Po Box 901003,    Columbus, OH 43224
516338037      +Chase Card Services,    P.o. Box 15298,    Wilmington, DE 19850-5298
516338038      +Chase Card Services,    Attn: Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
516338039      +Citibank,    Po Box 6241,    Sioux Falls, SD 57117-6241
516338040      +Citibank,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,    S Louis, MO 63179-0040
516338041      +Cntry Door,    1112 7th Ave,    Monroe, WI 53566-1364
516338042      +Cntry Door,    Attn:Bankruptcy,    Po Box 2830,    Monroe, WI 53566-8030
516338045      +Comenitycapital/modell,    Comenity Bank,    Po Box 182125,    Columbus, OH 43218-2125
516338044      +Comenitycapital/modell,    3100 Easton Square Pl,    Columbus, OH 43219-6232
516338046     #+Convergent Healthcare Recoveries,    P.O. Box 5435,    Carol Stream, IL 60197-5435
516338047      +Convergent Heathcare Recovery,    121 Ne Jefferson S,    Peoria, IL 61602-1256
516338059      +Convergent Heathcare Recovery,    121 Ne Jefferson St,    Suite 100,    Peoria, IL 61602-1229
516338071       Cooper University Healthcare,    P.O. Box 95000-4345,    Philadelphia, PA 19195-4345
516338072       Cooper University Physicians,    P.O. Box 95000-4345,    Philadelphia, PA 19195-4345
516338081      +Dept Of Ed/Navient,    Attn: Claims Dept,    Po Box 9400,    Wilkes Barr, PA 18773-9400
516338086      +Deville Mgmt,    1132 Glade Road,    Colleyville, TX 76034-4227
516338092      +FMA Alliance Ltd,    P.O. Box  65,    Houston, TX 77001-0065
516338093     ++FORSTER & GARBUS LLP,    60 VANDERBILT MOTOR PARKWAY,    P O BOX 9030,    COMMACK NY 11725-9030
               (address filed with court: Forster Garbus & Garbus,     60 Motor Parkway,
                 Commack, NY 11725-5710)
516338090      +Fed Loan Servicing,    Po Box 60610,    Harrisburg, PA 17106-0610
516338094      +GC Services,    6330 Gulfton,    Houston, TX 77081-1198
516338095       GEICO,    One Geico Plaza,    Bethesda, MD 20810-0001
516338096       GEICO,    P.O. Box  97032,    Washington, DC 20090-7032
516338106       JP Morgan Chase Bank,    P.O. Box 901060,    Fort Worth, TX 76101-2060
516338107      +Kevin Anderson Well Drilling LLC,    c/o NJ Commercial Collections Inc.,    P.O. Box 2212,
                 Cherry Hill, NJ 08034-0165
516338108      +Kevin Anderson Well Drilling LLC,    235 Sycamore Ave,    Marlton, NJ 08053-7047
516338111      +Lab Corp of America,    P.O. Box  2240,    Burlington, NC 27216-2240
516338115      +MRS  BPO LLC,    1930 Olney Avenue,    Cherry Hill, NJ 08003-2016
516338114      +Midland Funding,    2365 Northside Dr,    Suite 300,    San Diego, CA 92108-2709
516338113      +Midland Funding,    2365 Northside Drive,    San Diego, CA 92108-2709
516338123      +Payliance,    3 Easton Oval Ste 210,    Columbus, OH 43219-6011
516338125      +Pressler and Pressler,    Re: Midland Funding LLC,    7 Entin Road,    Parsippany, NJ 07054-5020
516338126       Professional Recovery Consultants Inc,    P.O. Box  51187,    Durham, NC 27717-1187
516338127       Quest Diagnostics Incorporated,    P.O. Box 740698,    Cincinnati, OH 45274-0698
516338129      +Remex Inc,    307 Wall St,    Princeton, NJ 08540-1515
516338132      +Rushmore Loan Mgmt Ser,    15480 Laguna Canyon Rd Ste 100,    Irvine, CA 92618-2132
516338133      +Rushmore Loan Mgt Services,    P.O. Box 52708,    Irvine, CA 92619-2708
516338135       Sure Recovery Service,    P.O. Box  818,    Jackson, NJ 08527-0818
516338136      +Target,    Po Box 673,    Minneapolis, MN 55440-0673
516338137      +Target,    C/O Financial & Retail Services,    Mailstop BT PO Box 9475,
                 Minneapolis, MN 55440-9475
516338141      +Trident Asset Management,    53 Perimeter Ctr E Ste 4,    Atlanta, GA 30346-2287
516338142      +Trident Asset Management,    Po Box 888424,    Atlanta, GA 30356-0424
516338143      +Truckmasters III Inc.,    818 Wiltsey's Mill Rd,    Hammonton, NJ 08037-2630
516338144      +Womens Imaging,    2401 E. Evesham Road,    Voorhees, NJ 08043-9590
```

```
District/off: 0312-1          User: admin              Page 2 of 4                  Date Rcvd: Oct 03, 2016
                              Form ID: pdf905          Total Noticed: 99


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Oct 04 2016 00:55:31     U.S. Attorney,   970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 04 2016 00:55:28     United States Trustee,
                  Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
516338003        E-mail/Text: ally@ebn.phinsolutions.com Oct 04 2016 00:54:36     Ally Financial,
                  P.O. Box 380901,   Bloomington, MN 55438-0901
516338004       +E-mail/Text: ally@ebn.phinsolutions.com Oct 04 2016 00:54:36     Ally Financial,
                  200 Renaissance Ctr,   Detroit, MI 48243-1300
516338011       +E-mail/Text: bankruptcy@pepcoholdings.com Oct 04 2016 00:55:12
                  Atlantic City Electric Company,   P.O. Box 13610,   Philadelphia, PA 19101-3610
516338010        E-mail/Text: bankruptcy@pepcoholdings.com Oct 04 2016 00:55:12
                  Atlantic City Electric Company,   Bankruptcy Division,   5 Collins Drive, Suite 2133,
                  Carneys Point, NJ 08069-3600
516338019       +E-mail/Text: collections@blirentals.com Oct 04 2016 00:55:11     BLI,   P.O. Box 992,
                  Emporia, KS 66801-0992
516338023       +E-mail/Text: bankruptcy@cavps.com Oct 04 2016 00:55:44     Calvary Portfolio Services,
                  500 Summit Lake Dr,   Valhalla, NY 10595-2322
516338024       +E-mail/Text: bankruptcy@cavps.com Oct 04 2016 00:55:43     Calvary Portfolio Services,
                  500  Summit Lake Dr,   Ste 400,   Valhalla, NY 10595-2322
516338025       +E-mail/Text: cms-bk@cms-collect.com Oct 04 2016 00:55:16     Capital Management Services, Inc.,
                  698 1/2 South Ogden Street,   Buffalo, NY 14206-2317
516338035       +E-mail/Text: bk.notifications@jpmchase.com Oct 04 2016 00:55:18     Chase Auto Finance,
                  National Bankruptcy Dept,   201 N Central Ave Ms Az1-1191,   Phoenix, AZ 85004-1071
516338043        E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Oct 04 2016 00:55:59     Comcast,
                  P.O. Box  3006,   Southeastern, PA 19398-3006
516338073       +E-mail/Text: bankruptcy_notifications@ccsusa.com Oct 04 2016 00:56:23
                  Credit Collection Services,   725 Canton St,   Norwood, MA 02062-2679
516338074       +E-mail/Text: creditonebknotifications@resurgent.com Oct 04 2016 00:54:42     Credit One Bank Na,
                  Po Box 98872,   Las Vegas, NV 89193-8872
516338075       +E-mail/Text: creditonebknotifications@resurgent.com Oct 04 2016 00:54:42     Credit One Bank Na,
                  Po Box 98873,   Las Vegas, NV 89193-8873
516338087        E-mail/Text: mrdiscen@discover.com Oct 04 2016 00:54:37     Discover Financial,   Pob 15316,
                  Wilmington, DE 19850
516338076       +E-mail/PDF: pa_dc_ed@navient.com Oct 04 2016 00:48:18     Dept Of Ed/Navient,   Po Box 9635,
                  Wilkes Barre, PA 18773-9635
516338088       +E-mail/Text: mrdiscen@discover.com Oct 04 2016 00:54:37     Discover Financial,   Po Box 3025,
                  New Albany, OH 43054-3025
516338089       +E-mail/Text: dl-collectionsbankruptcyteam@drivetime.com Oct 04 2016 00:55:56
                  DriveTime Credit Co,   Attn: Bankruptcy,   4020 E. Indian School Rd,   Phoenix, AZ 85018-5220
516338091       +E-mail/Text: bnc-bluestem@quantum3group.com Oct 04 2016 00:56:09     Fingerhut,
                  6250 Ridgewood Rd,   Saint Cloud, MN 56303-0820
516338097       +E-mail/Text: bankruptcy@icsystem.com Oct 04 2016 00:56:00     IC Systems, Inc,   Po Box 64378,
                  Saint Paul, MN 55164-0378
516338100       +E-mail/Text: bankruptcy@icsystem.com Oct 04 2016 00:56:00     IC Systems, Inc,
                  444 Highway 96 East,   Po Box 64378,   St Paul, MN 55164-0378
516338105        E-mail/Text: cio.bncmail@irs.gov Oct 04 2016 00:55:03     IRS,   1040 Waverly Drive,
                  Holtsville, NY 00501
516338109       +E-mail/Text: bnckohlsnotices@becket-lee.com Oct 04 2016 00:54:51     Kohls/Capital One,
                  Po Box 3115,   Milwaukee, WI 53201-3115
516338110       +E-mail/Text: bnckohlsnotices@becket-lee.com Oct 04 2016 00:54:51     Kohls/Capital One,
                  Po Box 3120,   Milwaukee, WI 53201-3120
516338112       +E-mail/Text: ebn@ltdfin.com Oct 04 2016 00:55:16     LTD Financial Services,
                  7322 Southwest Freeway, Suite 1600,   Houston, TX 77074-2134
516338116       +E-mail/PDF: pa_dc_claims@navient.com Oct 04 2016 00:48:41     Navient,   Po Box 9500,
                  Wilkes Barre, PA 18773-9500
516338118       +E-mail/PDF: pa_dc_claims@navient.com Oct 04 2016 00:48:18     Navient,   Attn: Claims Dept,
                  Po Box 9500,   Wilkes-Barr, PA 18773-9500
516338120       +E-mail/PDF: cbp@springleaf.com Oct 04 2016 00:48:30     OneMain,   P.O. Box 70911,
                  Charlotte, NC 28272-0911
516338121       +E-mail/PDF: cbp@springleaf.com Oct 04 2016 00:47:50     Onemain Financial/Citifinancial,
                  6801 Colwell Blvd,   Irving, TX 75039-3198
516338122       +E-mail/PDF: cbp@springleaf.com Oct 04 2016 00:48:30     Onemain Financial/Citifinancial,
                  6801 Colwell Blvd,   Ntsb-2320,   Irving, TX 75039-3198
516338124        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 04 2016 00:48:40
                  Portfolio Recovery,   P.O. Box 12914,   Norfolk, VA 23541-0914
516338131       +E-mail/Text: bankruptcy@rentacenter.com Oct 04 2016 00:56:30     Rent-A-Center,   30 Berlin Rd,
                  Clementon, NJ 08021-4546
516338134       +E-mail/Text: dmiller@statecollegepa.us Oct 04 2016 00:56:11     State college Borough,
                  c/o State College Parking Office,   243 S. Allen St.,   State College, PA 16801-4806
516338138       +E-mail/Text: bankruptcy@td.com Oct 04 2016 00:55:33     TD Bank,   32 Chestnut Street,
                  Lewiston, ME 04240-7799
516338139       +E-mail/Text: bankruptcy@td.com Oct 04 2016 00:55:33     TD Bank,   P.O. Box 5400,
                  Lewiston, ME 04243-5400
                                                                                               TOTAL: 36
```

```
District/off: 0312-1          User: admin              Page 3 of 4              Date Rcvd: Oct 03, 2016
                              Form ID: pdf905          Total Noticed: 99


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516338140          Transworld Systems I
516338028*       ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                   (address filed with court: Capital One,    15000 Capital One Dr,    Richmond, VA 23238)
516338029*       ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                   (address filed with court: Capital One,    15000 Capital One Dr,    Richmond, VA 23238)
516338031*        Capital One,    Po Box 30285,    Po Box 62180,    Salt Lake City, UT 84130
516338032*        Capital One,    Po Box 30285,    Po Box 62180,    Salt Lake City, UT 84130
516338033*        Capital One,    Po Box 30285,    Po Box 62180,    Salt Lake City, UT 84130
516338060*       +Convergent Heathcare Recovery,     121 Ne Jefferson St,    Suite 100,    Peoria, IL 61602-1229
516338061*       +Convergent Heathcare Recovery,     121 Ne Jefferson St,    Suite 100,    Peoria, IL 61602-1229
516338062*       +Convergent Heathcare Recovery,     121 Ne Jefferson St,    Suite 100,    Peoria, IL 61602-1229
516338063*       +Convergent Heathcare Recovery,     121 Ne Jefferson St,    Suite 100,    Peoria, IL 61602-1229
516338064*       +Convergent Heathcare Recovery,     121 Ne Jefferson St,    Suite 100,    Peoria, IL 61602-1229
516338065*       +Convergent Heathcare Recovery,     121 Ne Jefferson St,    Suite 100,    Peoria, IL 61602-1229
516338066*       +Convergent Heathcare Recovery,     121 Ne Jefferson St,    Suite 100,    Peoria, IL 61602-1229
516338067*       +Convergent Heathcare Recovery,     121 Ne Jefferson St,    Suite 100,    Peoria, IL 61602-1229
516338068*       +Convergent Heathcare Recovery,     121 Ne Jefferson St,    Suite 100,    Peoria, IL 61602-1229
516338069*       +Convergent Heathcare Recovery,     121 Ne Jefferson St,    Suite 100,    Peoria, IL 61602-1229
516338070*       +Convergent Heathcare Recovery,     121 Ne Jefferson St,    Suite 100,    Peoria, IL 61602-1229
516338048*       +Convergent Heathcare Recovery,     121 Ne Jefferson S,    Peoria, IL 61602-1256
516338049*       +Convergent Heathcare Recovery,     121 Ne Jefferson S,    Peoria, IL 61602-1256
516338050*       +Convergent Heathcare Recovery,     121 Ne Jefferson S,    Peoria, IL 61602-1256
516338051*       +Convergent Heathcare Recovery,     121 Ne Jefferson S,    Peoria, IL 61602-1256
516338052*       +Convergent Heathcare Recovery,     121 Ne Jefferson S,    Peoria, IL 61602-1256
516338053*       +Convergent Heathcare Recovery,     121 Ne Jefferson S,    Peoria, IL 61602-1256
516338054*       +Convergent Heathcare Recovery,     121 Ne Jefferson S,    Peoria, IL 61602-1256
516338055*       +Convergent Heathcare Recovery,     121 Ne Jefferson S,    Peoria, IL 61602-1256
516338056*       +Convergent Heathcare Recovery,     121 Ne Jefferson S,    Peoria, IL 61602-1256
516338057*       +Convergent Heathcare Recovery,     121 Ne Jefferson S,    Peoria, IL 61602-1256
516338058*       +Convergent Heathcare Recovery,     121 Ne Jefferson S,    Peoria, IL 61602-1256
516338077*       +Dept Of Ed/Navient,    Po Box 9635,    Wilkes Barre, PA 18773-9635
516338078*       +Dept Of Ed/Navient,    Po Box 9635,    Wilkes Barre, PA 18773-9635
516338079*       +Dept Of Ed/Navient,    Po Box 9635,    Wilkes Barre, PA 18773-9635
516338080*       +Dept Of Ed/Navient,    Po Box 9635,    Wilkes Barre, PA 18773-9635
516338082*       +Dept Of Ed/Navient,    Attn: Claims Dept,    Po Box 9400,    Wilkes Barr, PA 18773-9400
516338083*       +Dept Of Ed/Navient,    Attn: Claims Dept,    Po Box 9400,    Wilkes Barr, PA 18773-9400
516338084*       +Dept Of Ed/Navient,    Attn: Claims Dept,    Po Box 9400,    Wilkes Barr, PA 18773-9400
516338085*       +Dept Of Ed/Navient,    Attn: Claims Dept,    Po Box 9400,    Wilkes Barr, PA 18773-9400
516338098*       +IC Systems, Inc,    Po Box 64378,    Saint Paul, MN 55164-0378
516338099*       +IC Systems, Inc,    Po Box 64378,    Saint Paul, MN 55164-0378
516338101*       +IC Systems, Inc,    444 Highway 96 East,    Po Box 64378,    St Paul, MN 55164-0378
516338102*       +IC Systems, Inc,    444 Highway 96 East,    Po Box 64378,    St Paul, MN 55164-0378
516338103*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                   PHILADELPHIA PA 19101-7346
                   (address filed with court: Internal Revenue Service,    P.O. Box  21126,
                   Philadelphia, PA 19114)
516338104*        IRS,   Attn: Special Procedures,    P.O. Box  744,    Springfield, NJ 07081-0744
516338117*       +Navient,   Po Box 9500,    Wilkes Barre, PA 18773-9500
516338119*       +Navient,   Attn: Claims Dept,    Po Box 9500,    Wilkes-Barr, PA 18773-9500
516338130*       +Remex Inc,    307 Wall St,    Princeton, NJ 08540-1515
516338002      ##+Access Receivables,    Po Box 9801,    Towson, MD 21284-9801
516338001      ##+Access Receivables,    200 E Joppa Rd Ste 310,    Towson, MD 21286-3108
516338128      ##+Quest Diagnostics Incorporated,    P.O. Box 71304,    Philadelphia, PA 19176-1304
                                                                                              TOTALS: 1, * 44, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0312-1          User: admin                Page 4 of 4            Date Rcvd: Oct 03, 2016
                              Form ID: pdf905            Total Noticed: 99
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2016                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 30, 2016 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor   MTGLQ Investors, LP dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Douglas S. Stanger    on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com,
               nj02@ecfcbis.com,jackie.parsio@flastergreenberg.com;lillian.felici@flastergreenberg.com,
               dss@trustesolutions.net
              Douglas S. Stanger    doug.stanger@flastergreenberg.com,   nj02@ecfcbis.com,
               jackie.parsio@flastergreenberg.com;lillian.felici@flastergreenberg.com,dss@trustesolutions.net
              Lee   Abt    on behalf of Debtor Charles E. Anisi leeabt2@verizon.net
              Lee   Abt    on behalf of Joint Debtor Carol L. Anisi leeabt2@verizon.net
                                                                                             TOTAL: 5
```