**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Charles E. Anisi** | Social Security number or ITIN **xxx–xx–6761** |
| | First Name   Middle Name   Last Name | EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Carol L. Anisi** | Social Security number or ITIN **xxx–xx–2685** |
| | First Name   Middle Name   Last Name | EIN  _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court  **District of New Jersey**

Case number:  **16–25529–JNP**

# Order of Discharge                                                                                         12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Charles E. Anisi                                             Carol L. Anisi

11/23/16                                             **By the court:**  Jerrold N. Poslusny Jr.
                                                                                    United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                              Case No. 16-25529-JNP
Charles E. Anisi                                                    Chapter 7
Carol L. Anisi
        Debtors              CERTIFICATE OF NOTICE
District/off: 0312-1         User: admin            Page 1 of 4        Date Rcvd: Nov 23, 2016
                             Form ID: 318           Total Noticed: 99


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 25, 2016.
db/jdb         +Charles E. Anisi,    Carol L. Anisi,    615 Autumn Crest Drive,    Waterford Works, NJ 08089-2105
516338005      +AMCA/Amer Medical Collection Agency,     2269 S Saw Mill,    Elmsford, NY 10523-3832
516338006      +AMCA/Amer Medical Collection Agency,     4 Westchester Plaza,    Suite 110,
                 Elmsford, NY 10523-1615
516338007      +AMI AtlanticCare,    P.O. Box 964,    Indianapolis, IN 46206-0964
516338009      +ARS National Serv,    Re: Cap One,    P.O. Box 469046,    Escondido, CA 92046-9046
516338008       Aria Orthopaedics,    P.O. Box 8500-1672,    Philadelphia, PA 19178-1672
516338013      +AtlanticCare Regional Med Ctr,    P.O. Box 786361,    Philadelphia, PA 19178-6361
516338012       Atlanticare Urgent Care Physicians,    P.O. Box 15736,    Loves Park, IL 61132-5736
516338014      +Attorney General of the U.S.,    Dept. of Justice,    RE: Internal Revenue Service,
                 Constitution Ave & 10th Street NW,    Washington, DC 20530-0001
516338015      +Bank Of America,    Correspondence FL-1-908-01-49,    Po Box 31785,    Tampa, FL 33631-3785
516338018      +Batastini Orthodontics,    69 Haddonfield-Berlin Rd,    Cherry Hill, NJ 08034-3572
516338020      +Bonel Medical Equipment,    4817 N. Broad Street,    Philadelphia, PA 19141-2107
516338021      +Bridgecrest Credit,    7300 E. Hampton Ave,    Mesa, AZ 85209-3324
516338022     #+C&H Collection Services,    1 Federal St., N-100,    Camden, NJ 08103-1091
516338030       Capital One,    Po Box 30285,    Po Box 62180,    Salt Lake City, UT 84130
516338034       Cavalry SPV I, Assignee of HSBC/Cap One,     c/o Northland Group,    P.O. Box 5390846,
                 Minneapolis, MN 55439
516338036       Chase Auto Finance,    Po Box 901003,    Columbus, OH 43224
516338040      +Citibank,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,    S Louis, MO 63179-0040
516338041      +Cntry Door,    1112 7th Ave,    Monroe, WI 53566-1364
516338042      +Cntry Door,    Attn:Bankruptcy,    Po Box 2830,    Monroe, WI 53566-8030
516338046     #+Convergent Healthcare Recoveries,    P.O. Box 5435,    Carol Stream, IL 60197-5435
516338059      +Convergent Heathcare Recovery,    121 Ne Jefferson St,    Suite 100,    Peoria, IL 61602-1229
516338047      +Convergent Heathcare Recovery,    121 Ne Jefferson S,    Peoria, IL 61602-1256
516338071       Cooper University Healthcare,    P.O. Box 95000-4345,    Philadelphia, PA 19195-4345
516338072       Cooper University Physicians,    P.O. Box 95000-4345,    Philadelphia, PA 19195-4345
516338081      +Dept Of Ed/Navient,    Attn: Claims Dept,    Po Box 9400,    Wilkes Barr, PA 18773-9400
516338086      +Deville Mgmt,    1132 Glade Road,    Colleyville, TX 76034-4227
516338092      +FMA Alliance Ltd,    P.O. Box 65,    Houston, TX 77001-0065
516338093     ++FORSTER & GARBUS LLP,    60 VANDERBILT MOTOR PARKWAY,    P O BOX 9030,    COMMACK NY 11725-9030
                 (address filed with court: Forster Garbus & Garbus,     60 Motor Parkway,
                 Commack, NY 11725-5710)
516338090      +Fed Loan Servicing,    Po Box 60610,    Harrisburg, PA 17106-0610
516338094      +GC Services,    6330 Gulfton,    Houston, TX 77081-1198
516338096       GEICO,    P.O. Box 97032,    Washington, DC 20090-7032
516338095       GEICO,    One Geico Plaza,    Bethesda, MD 20810-0001
516338106       JP Morgan Chase Bank,    P.O. Box 901060,    Fort Worth, TX 76101-2060
516338107      +Kevin Anderson Well Drilling LLC,    c/o NJ Commercial Collections Inc.,    P.O. Box 2212,
                 Cherry Hill, NJ 08034-0165
516338108      +Kevin Anderson Well Drilling LLC,    235 Sycamore Ave,    Marlton, NJ 08053-7047
516338111      +Lab Corp of America,    P.O. Box 2240,    Burlington, NC 27216-2240
516338115      +MRS BPO LLC,    1930 Olney Avenue,    Cherry Hill, NJ 08003-2016
516338114      +Midland Funding,    2365 Northside Dr,    Suite 300,    San Diego, CA 92108-2709
516338113      +Midland Funding,    2365 Northside Drive,    San Diego, CA 92108-2709
516338123     #+Payliance,    3 Easton Oval Ste 210,    Columbus, OH 43219-6011
516338125      +Pressler and Pressler,    Re: Midland Funding LLC,    7 Entin Road,    Parsippany, NJ 07054-5020
516338126       Professional Recovery Consultants Inc,     P.O. Box 51187,    Durham, NC 27717-1187
516338127       Quest Diagnostics Incorporated,    P.O. Box 740698,    Cincinnati, OH 45274-0698
516338129      +Remex Inc,    307 Wall St,    Princeton, NJ 08540-1515
516338132      +Rushmore Loan Mgmt Ser,    15480 Laguna Canyon Rd Ste 100,    Irvine, CA 92618-2132
516338133      +Rushmore Loan Mgt Services,    P.O. Box 52708,    Irvine, CA 92619-2708
516338135       Sure Recovery Service,    P.O. Box 818,    Jackson, NJ 08527-0818
516338141      +Trident Asset Management,    53 Perimeter Ctr E Ste 4,    Atlanta, GA 30346-2287
516338142      +Trident Asset Management,    Po Box 888424,    Atlanta, GA 30356-0424
516338143      +Truckmasters III Inc.,    818 Wiltsey's Mill Rd,    Hammonton, NJ 08037-2630
516338144      +Womens Imaging,    2401 E. Evesham Road,    Voorhees, NJ 08043-9590

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 23 2016 22:53:45      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 23 2016 22:53:41      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516338003       EDI: GMACFS.COM Nov 23 2016 22:38:00      Ally Financial,    P.O. Box 380901,
                 Bloomington, MN 55438-0901
516338004      +EDI: GMACFS.COM Nov 23 2016 22:38:00      Ally Financial,    200 Renaissance Ctr,
                 Detroit, MI 48243-1300
516338011      +E-mail/Text: bankruptcy@pepcoholdings.com Nov 23 2016 22:53:31
                 Atlantic City Electric Company,    P.O. Box 13610,    Philadelphia, PA 19101-3610
```

```
District/off: 0312-1          User: admin              Page 2 of 4           Date Rcvd: Nov 23, 2016
                              Form ID: 318             Total Noticed: 99

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516338010      E-mail/Text: bankruptcy@pepcoholdings.com Nov 23 2016 22:53:31     Atlantic City Electric Company,    Bankruptcy Division,    5 Collins Drive, Suite 2133,
                Carneys Point, NJ 08069-3600
516338019     +E-mail/Text: collections@blirentals.com Nov 23 2016 22:53:29    BLI,    P.O. Box 992,
                Emporia, KS 66801-0992
516338016     +EDI: BANKAMER.COM Nov 23 2016 22:38:00      Bank Of America, N.A.,
                Cust Serv Corres Unit CA6-919-02-41,    P.O. Box 5170,    Simi Valley, CA 93062-5170
516338017     +EDI: TSYS2.COM Nov 23 2016 22:38:00      Barclays Bank Delaware,    P.o. Box 8803,
                Wilmington, DE 19899-8803
516338027      EDI: CAPITALONE.COM Nov 23 2016 22:38:00      Capital One,    15000 Capital One Dr,
                Richmond, VA 23238
516338023     +E-mail/Text: bankruptcy@cavps.com Nov 23 2016 22:53:58     Calvary Portfolio Services,
                500 Summit Lake Dr,    Valhalla, NY 10595-2322
516338024     +E-mail/Text: bankruptcy@cavps.com Nov 23 2016 22:53:58     Calvary Portfolio Services,
                500 Summit Lake Dr,    Ste 400,    Valhalla, NY 10595-2322
516338025     +E-mail/Text: cms-bk@cms-collect.com Nov 23 2016 22:53:34      Capital Management Services, Inc.,
                698 1/2 South Ogden Street,    Buffalo, NY 14206-2317
516338026     +EDI: CAPITALONE.COM Nov 23 2016 22:38:00      Capital One,    Po Box 30281,
                Salt Lake City, UT 84130-0281
516338035     +EDI: CAUT.COM Nov 23 2016 22:38:00      Chase Auto Finance,    National Bankruptcy Dept,
                201 N Central Ave Ms Az1-1191,    Phoenix, AZ 85004-1071
516338038     +EDI: CHASE.COM Nov 23 2016 22:43:00      Chase Card Services,    Attn: Correspondence Dept,
                Po Box 15298,    Wilmington, DE 19850-5298
516338037     +EDI: CHASE.COM Nov 23 2016 22:43:00      Chase Card Services,    P.o. Box 15298,
                Wilmington, DE 19850-5298
516338039     +EDI: CITICORP.COM Nov 23 2016 22:38:00      Citibank,    Po Box 6241,
                Sioux Falls, SD 57117-6241
516338043      E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Nov 23 2016 22:54:11     Comcast,
                P.O. Box 3006,    Southeastern, PA 19398-3006
516338045     +EDI: WFNNB.COM Nov 23 2016 22:38:00      Comenitycapital/modell,    Comenity Bank,
                Po Box 182125,    Columbus, OH 43218-2125
516338044     +EDI: WFNNB.COM Nov 23 2016 22:38:00      Comenitycapital/modell,    3100 Easton Square Pl,
                Columbus, OH 43219-6232
516338073     +EDI: CCS.COM Nov 23 2016 22:43:00      Credit Collection Services,    725 Canton St,
                Norwood, MA 02062-2679
516338074     +EDI: RCSFNBMARIN.COM Nov 23 2016 22:38:00      Credit One Bank Na,    Po Box 98872,
                Las Vegas, NV 89193-8872
516338075     +EDI: RCSFNBMARIN.COM Nov 23 2016 22:38:00      Credit One Bank Na,    Po Box 98873,
                Las Vegas, NV 89193-8873
516338087      EDI: DISCOVER.COM Nov 23 2016 22:38:00      Discover Financial,    Pob 15316,
                Wilmington, DE 19850
516338076     +EDI: NAVIENTFKASMDOE.COM Nov 23 2016 22:38:00      Dept Of Ed/Navient,    Po Box 9635,
                Wilkes Barre, PA 18773-9635
516338088     +EDI: DISCOVER.COM Nov 23 2016 22:38:00      Discover Financial,    Po Box 3025,
                New Albany, OH 43054-3025
516338089     +EDI: DVTM.COM Nov 23 2016 22:38:00      DriveTime Credit Co,    Attn: Bankruptcy,
                4020 E. Indian School Rd,    Phoenix, AZ 85018-5220
516338091     +EDI: BLUESTEM.COM Nov 23 2016 22:43:00      Fingerhut,    6250 Ridgewood Rd,
                Saint Cloud, MN 56303-0820
516338097     +EDI: IIC9.COM Nov 23 2016 22:43:00      IC Systems, Inc,    Po Box 64378,
                Saint Paul, MN 55164-0378
516338100     +EDI: IIC9.COM Nov 23 2016 22:43:00      IC Systems, Inc,    444 Highway 96 East,    Po Box 64378,
                St Paul, MN 55164-0378
516338105      EDI: IRS.COM Nov 23 2016 22:38:00      IRS,    1040 Waverly Drive,    Holtsville, NY 00501
516338109     +EDI: CBSKOHLS.COM Nov 23 2016 22:38:00      Kohls/Capital One,    Po Box 3115,
                Milwaukee, WI 53201-3115
516338110     +EDI: CBSKOHLS.COM Nov 23 2016 22:38:00      Kohls/Capital One,    Po Box 3120,
                Milwaukee, WI 53201-3120
516338112     +EDI: LTDFINANCIAL.COM Nov 23 2016 22:38:00      LTD Financial Services,
                7322 Southwest Freeway, Suite 1600,    Houston, TX 77074-2134
516338116     +EDI: NAVIENTFKASMSERV.COM Nov 23 2016 22:38:00      Navient,    Po Box 9500,
                Wilkes Barre, PA 18773-9500
516338118     +EDI: NAVIENTFKASMSERV.COM Nov 23 2016 22:38:00      Navient,    Attn: Claims Dept,    Po Box 9500,
                Wilkes-Barr, PA 18773-9500
516338120     +EDI: AGFINANCE.COM Nov 23 2016 22:38:00      OneMain,    P.O. Box 70911,
                Charlotte, NC 28272-0911
516338121     +EDI: AGFINANCE.COM Nov 23 2016 22:38:00      Onemain Financial/Citifinancial,
                6801 Colwell Blvd,    Irving, TX 75039-3198
516338122     +EDI: AGFINANCE.COM Nov 23 2016 22:38:00      Onemain Financial/Citifinancial,
                6801 Colwell Blvd,    Ntsb-2320,    Irving, TX 75039-3198
516338124      EDI: PRA.COM Nov 23 2016 22:38:00      Portfolio Recovery,    P.O. Box 12914,
                Norfolk, VA 23541-0914
516338131     +E-mail/Text: bankruptcy@rentacenter.com Nov 23 2016 22:54:40     Rent-A-Center,    30 Berlin Rd,
                Clementon, NJ 08021-4546
516338134     +E-mail/Text: dmiller@statecollegepa.us Nov 23 2016 22:54:25     State college Borough,
                c/o State College Parking Office,    243 S. Allen St.,    State College, PA 16801-4806
516338138     +EDI: TDBANKNORTH.COM Nov 23 2016 22:38:00      TD Bank,    32 Chestnut Street,
                Lewiston, ME 04240-7799
```

```
District/off: 0312-1           User: admin              Page 3 of 4            Date Rcvd: Nov 23, 2016
                               Form ID: 318             Total Noticed: 99


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516338139        +EDI: TDBANKNORTH.COM Nov 23 2016 22:38:00       TD Bank,    P.O. Box 5400,
                  Lewiston, ME 04243-5400
516338137        +EDI: WTRRNBANK.COM Nov 23 2016 22:38:00      Target,    C/O Financial & Retail Services,
                  Mailstop BT PO Box 9475,    Minneapolis, MN 55440-9475
516338136        +EDI: WTRRNBANK.COM Nov 23 2016 22:38:00      Target,    Po Box 673,    Minneapolis, MN 55440-0673
                                                                                                  TOTAL: 47

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516338140          Transworld Systems I
516338028*       ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
                  (address filed with court: Capital One,    15000 Capital One Dr,    Richmond, VA 23238)
516338029*       ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
                  (address filed with court: Capital One,    15000 Capital One Dr,    Richmond, VA 23238)
516338031*         Capital One,    Po Box 30285,    Po Box 62180,    Salt Lake City, UT 84130
516338032*         Capital One,    Po Box 30285,    Po Box 62180,    Salt Lake City, UT 84130
516338033*         Capital One,    Po Box 30285,    Po Box 62180,    Salt Lake City, UT 84130
516338060*       +Convergent Heathcare Recovery,     121 Ne Jefferson St,    Suite 100,    Peoria, IL 61602-1229
516338061*       +Convergent Heathcare Recovery,     121 Ne Jefferson St,    Suite 100,    Peoria, IL 61602-1229
516338062*       +Convergent Heathcare Recovery,     121 Ne Jefferson St,    Suite 100,    Peoria, IL 61602-1229
516338063*       +Convergent Heathcare Recovery,     121 Ne Jefferson St,    Suite 100,    Peoria, IL 61602-1229
516338064*       +Convergent Heathcare Recovery,     121 Ne Jefferson St,    Suite 100,    Peoria, IL 61602-1229
516338065*       +Convergent Heathcare Recovery,     121 Ne Jefferson St,    Suite 100,    Peoria, IL 61602-1229
516338066*       +Convergent Heathcare Recovery,     121 Ne Jefferson St,    Suite 100,    Peoria, IL 61602-1229
516338067*       +Convergent Heathcare Recovery,     121 Ne Jefferson St,    Suite 100,    Peoria, IL 61602-1229
516338068*       +Convergent Heathcare Recovery,     121 Ne Jefferson St,    Suite 100,    Peoria, IL 61602-1229
516338069*       +Convergent Heathcare Recovery,     121 Ne Jefferson St,    Suite 100,    Peoria, IL 61602-1229
516338070*       +Convergent Heathcare Recovery,     121 Ne Jefferson St,    Suite 100,    Peoria, IL 61602-1229
516338048*       +Convergent Heathcare Recovery,     121 Ne Jefferson S,    Peoria, IL 61602-1256
516338049*       +Convergent Heathcare Recovery,     121 Ne Jefferson S,    Peoria, IL 61602-1256
516338050*       +Convergent Heathcare Recovery,     121 Ne Jefferson S,    Peoria, IL 61602-1256
516338051*       +Convergent Heathcare Recovery,     121 Ne Jefferson S,    Peoria, IL 61602-1256
516338052*       +Convergent Heathcare Recovery,     121 Ne Jefferson S,    Peoria, IL 61602-1256
516338053*       +Convergent Heathcare Recovery,     121 Ne Jefferson S,    Peoria, IL 61602-1256
516338054*       +Convergent Heathcare Recovery,     121 Ne Jefferson S,    Peoria, IL 61602-1256
516338055*       +Convergent Heathcare Recovery,     121 Ne Jefferson S,    Peoria, IL 61602-1256
516338056*       +Convergent Heathcare Recovery,     121 Ne Jefferson S,    Peoria, IL 61602-1256
516338057*       +Convergent Heathcare Recovery,     121 Ne Jefferson S,    Peoria, IL 61602-1256
516338058*       +Convergent Heathcare Recovery,     121 Ne Jefferson S,    Peoria, IL 61602-1256
516338077*       +Dept Of Ed/Navient,    Po Box 9635,    Wilkes Barre, PA 18773-9635
516338078*       +Dept Of Ed/Navient,    Po Box 9635,    Wilkes Barre, PA 18773-9635
516338079*       +Dept Of Ed/Navient,    Po Box 9635,    Wilkes Barre, PA 18773-9635
516338080*       +Dept Of Ed/Navient,    Po Box 9635,    Wilkes Barre, PA 18773-9635
516338082*       +Dept Of Ed/Navient,    Attn: Claims Dept,    Po Box 9400,    Wilkes Barr, PA 18773-9400
516338083*       +Dept Of Ed/Navient,    Attn: Claims Dept,    Po Box 9400,    Wilkes Barr, PA 18773-9400
516338084*       +Dept Of Ed/Navient,    Attn: Claims Dept,    Po Box 9400,    Wilkes Barr, PA 18773-9400
516338085*       +Dept Of Ed/Navient,    Attn: Claims Dept,    Po Box 9400,    Wilkes Barr, PA 18773-9400
516338098*       +IC Systems, Inc,    Po Box 64378,    Saint Paul, MN 55164-0378
516338099*       +IC Systems, Inc,    Po Box 64378,    Saint Paul, MN 55164-0378
516338101*       +IC Systems, Inc,    444 Highway 96 East,    Po Box 64378,    St Paul, MN 55164-0378
516338102*       +IC Systems, Inc,    444 Highway 96 East,    Po Box 64378,    St Paul, MN 55164-0378
516338103*       ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                   PHILADELPHIA PA 19101-7346
                  (address filed with court: Internal Revenue Service,     P.O. Box  21126,
                   Philadelphia, PA 19114)
516338104*         IRS,    Attn: Special Procedures,    P.O. Box  744,    Springfield, NJ 07081-0744
516338117*       +Navient,    Po Box 9500,    Wilkes Barre, PA 18773-9500
516338119*       +Navient,    Attn: Claims Dept,    Po Box 9500,    Wilkes-Barr, PA 18773-9500
516338130*       +Remex Inc,    307 Wall St,    Princeton, NJ 08540-1515
516338002        ##+Access Receivables,    Po Box 9801,    Towson, MD 21284-9801
516338001        ##+Access Receivables,    200 E Joppa Rd Ste 310,    Towson, MD 21286-3108
516338128        ##+Quest Diagnostics Incorporated,    P.O. Box 71304,    Philadelphia, PA 19176-1304
                                                                                  TOTALS: 1, * 44, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0312-1           User: admin             Page 4 of 4              Date Rcvd: Nov 23, 2016
                               Form ID: 318            Total Noticed: 99
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 25, 2016                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 23, 2016 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor   MTGLQ Investors, LP dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Douglas S. Stanger    on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com,
               nj02@ecfcbis.com,jackie.parsio@flastergreenberg.com;lillian.felici@flastergreenberg.com,
               dss@trustesolutions.net
              Douglas S. Stanger    doug.stanger@flastergreenberg.com,   nj02@ecfcbis.com,
               jackie.parsio@flastergreenberg.com;lillian.felici@flastergreenberg.com,dss@trustesolutions.net
              Lee   Abt    on behalf of Debtor Charles E. Anisi leeabt2@verizon.net
              Lee   Abt    on behalf of Joint Debtor Carol L. Anisi leeabt2@verizon.net
                                                                                             TOTAL: 5
```